LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
**DAVE M. BROWN, ESQ.**
Nevada Bar No. 12186
**MORAN BRANDON BENDAVID MORAN**
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 – *facsimile*
l.brandon@moranlawfirm.com
Attorneys for Defendant,
ALBERTSONS, LLC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL A. CALIX,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, LLC; ROE CLEANING COMPANY; and DOES 1-20, and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>    Defendants. | CASE NO.: 2:14-cv-01392-RCJ-VCF |

## STIPULATION AND ORDER FOR EXTENSION/MODIFICATION OF DISCOVERY PLAN AND SCHEDULING ORDER
### (THIRD REQUEST)

Plaintiff, MICHAEL CALIX, and Defendant, ALBERTSONS, LLC, by and through their undersigned counsel, submit to the Court the following Stipulation and Order for Extension/Modification of the Discovery Plan and Scheduling Order pursuant to LR 26-4 (a) and to Court Order Document No. 10.

**I.    Local Rule 6-1**

Under LR 6-1(b) every stipulation to extend time must inform the court of any previous extensions granted and state the reason for the extension requested.

Page 1 of 4

A. **The Requirement of Local Rule 6-1 Are Satisfied**

This is the third request for extension filed by the parties. This extension is requested so that Defendant may continue to compile Plaintiff's medical records both allegedly related to this matter's subject incident and his pre-incident injuries and treatment. Additionally, Plaintiff has been recommended for future surgical intervention for injuries allegedly related to the subject incident. Lastly, Defendant is currently in the process of coordinating an FRCP Rule 35 Examination of Plaintiff prior to his anticipated upcoming surgery.

II. **Local Rule 26-4(a)**

Under LR 26-4 (a) a statement specifying the Discovery completed:

Plaintiff has provided responses to Defendant's written discovery requests. Both Plaintiff and Defendant have exchanged their initial documents and witness disclosures, and various supplements thereto. Defendant has subpoenaed Plaintiff's various treating medical providers, but is still awaiting responses from at least five (5) medical providers unresponsive to these subpoenas. Plaintiff has performed a visual inspection and testing of the subject incident area on February 26, 2015, which was cut short due to mechanical issues. Plaintiff's site inspection and testing is currently scheduled to be completed on May 27, 2015. Lastly, Plaintiff's deposition was conducted on January 29, 2015.

III. **Local Rule 26-4(b)**

Under LR 26-4(b) a specific description of the Discovery that remains to be completed:

The remaining Discovery to be completed involves initial and rebuttal expert disclosures, depositions of initial and rebuttal experts, Plaintiff's treating providers, Defendant's 30(b)(6) witness(es) and designated fact witnesses. Additionally, Defendant is currently awaiting responses to subpoenas from at least five (5) of Plaintiff's medical providers. As well,



MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568

Defendant is currently coordinating to schedule an FRCP Rule 35 Examination of Plaintiff prior to his anticipated upcoming surgery. Plaintiff's site inspection and testing is currently scheduled to be completed on May 27, 2015.

## IV. Local Rule 26-4(c)

Under LR 26-4(c) the reasons why Discovery remaining was not completed within the time limits set by the Discovery Plan:

Defendant is still awaiting responses to subpoenas for medical records to at least five (5) providers disclosed by Plaintiff. Plaintiff has possible pre-existing conditions. Due to the unresponsiveness of these providers, significant discovery and investigation into Plaintiff's significant treatment history has been impossible to complete. Defendant has been diligent in attempting to secure responses to these subpoenas, however, these responses to these subpoenas are still outstanding. Further, Plaintiff testified during deposition to numerous out-of-State providers he could not recall treating with, as such Defendant is currently investigating same to determine and subpoena possible additional providers. Lastly, due to Plaintiff's intention to undergo future surgical intervention for injuries allegedly related to the subject incident, the parties respectfully request a continuance to this matter's current expert and discovery deadlines.

## V. Local Rule 26-4(d)

Under LR 26-4(d) a proposed schedule for completing all remains Discovery:

(i) Discovery cutoff dates: Extend the current Discovery cutoff date from August 24, 2015, to a Discovery cutoff date of October 23, 2015;

(ii) Expert witness disclosures from June 25, 2015 to a new date of August 24, 2015;

(iii) Rebuttal expert witness disclosures from July 24, 2015 to September 23, 2015;



MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE: (702) 384-8424
FAX: (702) 384-6568

(iv) Submittal of the Joint Pre-Trial Order (if no Dispositive Motions are filed) to be extended to December 21, 2015;

(v) Interim Status Report extended to August 24, 2015; and

(vi) Final date to file Dispositive Motions extended from September 23, 2015 to November 23, 2015.

Therefore, good cause existing, counsel jointly request that this Honorable Court allow them the above proposed extended Discovery dates.

DATED this 21st day of May, 2015.

| RICHARD HARRIS LAW FIRM | MORAN BRANDON BENDAVID MORAN |
|---|---|
| /s/ Seth R. Little, Esq. | /s/ Lew Brandon, Jr., Esq. |
| **SETH R. LITTLE, ESQ.** | **LEW BRANDON, JR., ESQ.** |
| Nevada Bar No. 10664 | Nevada Bar No. 5880 |
| 801 South Fourth Street | **DAVE M. BROWN, ESQ.** |
| Las Vegas, Nevada 89101 | Nevada Bar No. 12186 |
| (702) 444-4444 | 630 S. Fourth Street |
| Facsimile – (702) 444-4455 | Las Vegas, Nevada 89101 |
| Seth@RichardHarrisLaw.com | l.brandon@moranlawfirm.com |
| Attorney for Plaintiff, | Attorneys for Defendant, |
| MICHAEL A. CALIX | ALBERTSONS, LLC |

**IT IS SO ORDERED.**

_____
U.S. Magistrate Judge

Dated: 5/22/15

Page 4 of 4