UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL A. CALIX,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC, *et al.,*<br><br>    Defendants. | Case No.:   2:14-CV-01392-RCJ-VCF<br><br><br>**ORDER SETTING TELEPHONIC HEARING** |

**ORDER IN CHAMBERS**

    On October 2, 2015, A Stipulation for Extension/Modification of Discovery Plan and Scheduling Order (Fourth Request) (ECF #21) was filed in this action.  Accordingly,

    IT IS HEREBY ORDERED that a Telephonic Status Conference is set for 11:00 A.M. Tuesday, October 6, 2015, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

    Parties shall dial the Meet-Me-Line FIVE (5) minutes prior to the hearing as follows: (888) 675-2535; Access Code: 2900398; Password: 100615.  The use of a cell phone or speaker phone during the call is prohibited, the call must be made by using a land line.

    IT IS SO ORDERED this 5th day of October, 2015.

_____
ROBERT C. JONES
District Judge