1

2

3

4            UNITED STATES DISTRICT COURT

5            DISTRICT OF NEVADA

6    _____

7    MICHAEL A. CALIX,                    )
                                          )
8            Plaintiff,                   )          2:14-cv-01392-RCJ-VCF
                                          )
9        vs.                              )
                                          )           **ORDER**
10   ALBERTSONS, LLC,                     )
                                          )
11           Defendant.                   )
     _____ )

12

13        This is a slip-and-fall case.  Pending before the Court is Plaintiff's Motion for Partial

14   Summary Judgment (ECF No. 20).  For the reasons given herein, the Court denies the motion

15   without prejudice and orders Defendant to properly allege its citizenship.

16   **I.      FACTS AND PROCEDURAL HISTORY**

17        On or about June 29, 2013, Plaintiff Michael Calix slipped and fell on the wet floor near

18   an indoor flower display on Defendant Albertsons, LLC's property at 1300 East Flamingo Road,

19   Las Vegas, Nevada 89119. (Compl. ¶¶ 4, 10–11, ECF No. 1-1).  Plaintiff sued Defendant for

20   negligence in state court.  Defendant removed, invoking the Court's diversity jurisdiction.

21   Plaintiff has moved for partial summary judgment on the issues of duty and liability.

22   ///

23   ///

24

## II.    DISCUSSION

The Court will not address the summary judgment motion at this time.  Defendant has not properly stated its own citizenship in the Notice of Removal, and the Court is therefore not satisfied of its jurisdiction.  The Complaint states only that Defendant is a foreign limited liability company licensed to do business in Clark County, Nevada.  The Notice of Removal states:

> At the commencement of this action and at all times herein, Defendant, Albertsons, LLC[,] was, and now is, a limited liability company duly organized and existing under the laws of the State of Delaware with its principal place of business in Boise, Idaho, and therefore, is a citizen of the State of Delaware and Idaho.

(*See* Notice Rem. ¶ 7, ECF No. 1).  Although the facts stated may be correct, the legal conclusion is not, and there are not enough facts stated for the Court to conclude that it has jurisdiction.  As a limited liability company, Defendant has the citizenship of each of its members for the purposes of diversity jurisdiction; its place of registration and the locations of its headquarters and principal place of business are irrelevant. *See Johnson v. Colombia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("[L]ike a partnership, an LLC is a citizen of every state of which its owners/members are citizens.").  In order to invoke the Court's diversity jurisdiction, Defendant must allege the citizenships of each of its members, and if any of those members are themselves limited liability companies, partnerships, or other types of unincorporated associations, Defendant must allege their citizenships as well, etc.

///

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion for Partial Summary Judgment (ECF No. 20) is DENIED without prejudice.

IT IS FURTHER ORDERED that Defendant shall FILE a further statement of removal within fourteen (14) days of the entry of this order into the electronic docket.

IT IS SO ORDERED.

Dated this 9th day of November, 2015.


_____
ROBERT C. JONES
United States District Judge